NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAXELL, LTD.,**
*Plaintiff-Appellant*

**MAXELL HOLDINGS, LTD.,**
*Plaintiff*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

---

2023-2026

---

Appeal from the United States District Court for the Central District of California in No. 2:21-cv-06758-GW-DFM, Judge George H. Wu.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        MAXELL, LTD. V. VIZIO, INC.


(2) Each side shall bear their own costs.


                                        FOR THE COURT

August 23, 2023
        Date                            /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** August 23, 2023